■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE LASSIC, Appellant. [712 NYS2d 897] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 5, 1998 (*People v Lassic,* 254 AD2d 303), affirming a judgment of the County Court, Nassau County, rendered May 21, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Santucci, Goldstein and McGinity, JJ., concur.